■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. REGINALD W. LANE, Appellant.— Order of the Supreme Court, Queens County, dated January 29, 1970, affirmed (*People* v. *Lane,* 34 A D 2d 1104). Hopkins, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.